A89A2160. MADDOX et al. v. SUPERIOR RIGGING & ERECTING COMPANY et al.
(407 SE2d 138)

COOPER, Judge.

This court having entered on March 15, 1990, a judgment in the above-styled case (195 Ga. App. 114 (393 SE2d 42) (1990)), reversing the judgment of the trial court and remanding the case to the trial court; and the judgment of this court having been reversed on certio-

rari by the Supreme Court in *Superior Rigging &c. Co. v. Maddox*, 260 Ga. 855, (401 SE2d 258) (1991), the judgment heretofore rendered by this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed. Birdsong, P. J., and Andrews, J., concur.*

DECIDED MAY 31, 1991.

*Scott Walters, Jr.*, for appellants.

*Pierce, Goldner, Sommers & Scrudder, Stephen L. Goldner, Glenn S. Bass*, for appellees.